**Electronically Filed**
**Supreme Court**
**SCWC-14-0000539**
**23-JUL-2014**
**10:02 AM**

SCWC-14-0000539

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EDWARD K. NAKAULA, JR., Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000539; CR. NO. 12-1-0083;
FC-CR. NO. 94-0011; S.P.P. 12-1-0005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

The "Notice of Appeal", filed on June 10, 2014, which we review as an application for a writ of certiorari, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 23, 2014.

Edward K. Nakaula, Jr.
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

